United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 99.45.175.11,<br><br>    Defendant. | Case No. 23-cv-04339-RS<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

    Plaintiff Strike 3 Holdings, Inc. seeks to file unredacted versions of the First Amended Complaint, proposed summons, and return of service (see Dkt. 14) under seal because these documents contain Defendant's name, address, and other potentially identifying information. This request accords with the previously issued directive in this case that Strike 3 not publicly disclose such information without leave of the Court, or at least until the Doe defendant has had an opportunity to file a motion to proceed anonymously or further discovery has been taken. For the benefit of the Defendant who may receive this Order, concerns have been raised about Strike 3's use of these lawsuits.

    There is a strong presumption of public access to court filings. To overcome the presumption in favor of public access to a judicial record, there generally must be "compelling reasons supported by specific factual findings." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Where a litigant presents compelling reasons to seal material, the court must then balance the interests of the public and the party seeking sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016).

In cases like this one, courts have permitted filing the documents at issue under seal. *See, e.g.*, *Strike 3 Holdings, LLC v. Doe*, No. 22-cv-133, 2022 WL 1493398, at *2 (S.D. Cal. Apr. 14, 2022). The volume of information subject to sealing here is small and largely limited to identifying information about the Defendant. This weighs in favor of granting the sealing request. The public is able to access nearly all other information about this case in the redacted versions of these documents already filed on the docket. For these reasons, the request to file unredacted versions of Strike 3's First Amended Complaint, proposed summons, and return of service under seal is granted. The Clerk is directed to file these documents (ECF No. 14) under seal.

**IT IS SO ORDERED**.

Dated: February 15, 2024

RICHARD SEEBORG
Chief United States District Judge